GEORGE R. SCHIVERA, Appellant, *v.* LONG ISLAND LIGHTING COMPANY, Defendant, and ROBERT FORRESTER, as Treasurer of Building and Construction Trades Council of Nassau and Suffolk Counties, an Unincorporated Association, Respondent.

Submitted January 6, 1947; decided February 20, 1947.

Motion by appellant for reargument and for a stay denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 26.]

In the Matter of the Rehabilitation of BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment of the Rights of the Holders of Investments in a Mortgage Covering Premises 107–111 SUNRISE HIGHWAY, FREEPORT, COUNTY OF NASSAU, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY. (Guarantee No. 181,754.)

SAMUEL L. GOLDEN, Appellant; BERT SEAMAN et al., Respondents.

Submitted February 17, 1947; decided February 20, 1947.

*Paul R. Silverstein* for motion.
*James F. Conway* and *Jonathan A. Hendrie* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within five days, all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals, are filed.